UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MICHAEL R. KELLY**                                              **CIVIL ACTION**

**VERSUS**

**PHILIP HAYNES**                                          **NO.: 15-00281-BAJ-EWD**

## ORDER AND RULING

Considering the **Motion to Dismiss with Prejudice (Docs. 19, 20)** filed by Plaintiff Michael Kelly,

**IT IS ORDERED** that the **Motion to Dismiss with Prejudice (Doc. 19)** is **GRANTED**, and the duplicative **Motion to Dismiss with Prejudice (Doc. 20)** is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the above-captioned action against Philip Haynes and Bimbo Bakeries USA, Inc., is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 31st day of May, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY